ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 2 0 2009
1108
CLERK, U.S. DISTRICT COURT
By _____
        Deputy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NOTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| KRISTIE HENDERSON, <br> Plaintiff <br><br> vs. <br><br> IC SYSTEM, INC., <br> Defendant | § <br> § <br> § CIVIL ACTION NO. 4:09-CV-00058-A <br> § <br> § <br> § <br> § |

### PLAINTIFF'S MOTION FOR LEAVE OF COURT TO WAIVE REQUIREMENT OF LOCAL COUNSEL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE FOR THE NORTHERN DISTRICT OF TEXAS:

**COMES NOW,** Kristie Henderson, (hereinafter referred to as "Plaintiff") , plaintiff in the above-referenced matter, and herby files its Motion for Leave of Court to Waive the Requirement of Local Counsel, and in support thereof, respectfully shows the court as follows:

1. This case is a "fee-shifting" case where the defendant is responsible for payment of the plaintiff's attorneys fees. The Plaintiff's objective is to minimize attorney's fees to the best of our ability.

2. To include another attorney as local counsel would raise the expense of the case.

3. The undersigned attorney will be present at any and all hearings before the court.

4. The court's action of waiving the requirement of local counsel would not in any way prejudice Plaintiff or Defendant, nor would it delay any hearings or trial setting in this case.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff requests that the Court grant this Motion allowing it Leave of Court to waive the requirement of local counsel.

Respectfully submitted,

By: /s/ Susan Landgraf
SUSAN LANDGRAF
Texas State Bar # 00784702
Attorney in Charge for Plaintiff

WEISBERG & MEYERS, L.L.C.
4510 Bull Creek Road
Austin, TX 78731
Phone: (512) 436-0036 ext. 116
Facsimile: (866) 317-2674

## CERTIFICATE OF SERVICE

I certify that on February 18, 2009, I filed the foregoing document with the clerk of the U.S. District Court, Northern District of Texas, Fort Worth Division, using the United States Postal Service

*Susan Landgraf*
SUSAN A. LANDGRAF