

Robbie Malone
State Bar No. 12876450
Robbie Malone, PLLC
NorthPark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
214.346.2625 (Direct Dial)
214.346.2631 (Fax)
rmalone@rmalonelaw.com

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| KRISTIE HENDERSON | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:09-CV-00058-A |
| | § | |
| I.C. SYSTEM, INC. | § | |
|     Defendant. | § | |

## DEFENDANT I.C. SYSTEM, INC.'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, I.C. System, Inc., the Defendant herein, and files the following response:

1. Defendant admits Plaintiff has sued under various acts.

    Defendant admits this court is proper for jurisdiction venue.

2. Defendant admits Henderson is a natural person.

    Defendant is without sufficient information to admit or deny the remainder of Paragraph 2.

3. Defendant admits Paragraph 3.

4. Defendant admits it is a debt collection as defined by Texas law.

5. Defendant admits it contacted Plaintiff in an attempt to collect a debt. It denies the remainder of Paragraph 5.

6. Defendant denies Paragraph 6.

7. Defendant reincorporates its answer to Paragraphs 1-6.

8. Defendant denies Paragraph 8.

9. Defendant denies Paragraph 9.

10. Defendant denies Paragraph 10.

11. Defendant denies Paragraph 11.

12. Defendant incorporates all answers to the preceding suit.

13. Defendant admits Plaintiff alleges to have sued.

14. Defendant admits Paragraph 14.

15. Defendant denies Paragraph 15.

16. Defendant denies Paragraph 16.

17. Defendant denies Paragraph 17.

18. Defendant denies Paragraph 18.

19. Defendant denies Paragraph 19.

20. Defendant denies Paragraph 20.

21. Defendant denies Paragraph 21.

22. Defendant incorporates answers to all prior paragraphs.

23. Defendant denies Paragraph 23.

24. In the alternative, Defendant alleges if any violations of Texas or federal law occurred, they were the result of bona fide error.

25. Plaintiff has failed to properly allege support for a declaratory judgment under Texas or federal law.

WHEREFORE, PREMISES CONSIDERED, I.C., System, Inc., respectfully prays that Plaintiff take nothing herein, that said Defendant be dismissed with its costs, and all other and further relief, at law or in equity, to which Defendant may be justly entitled.

Respectfully submitted,

*[signature]*

ROBBIE MALONE
State Bar No. 12876450
**ROBBIE MALONE, PLLC**
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
(214) 346-2625
(214) 346-2631 FAX
E-mail: rmalone@rmalonelaw.com

*Attorney for I.C. System, Inc. Defendant*

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been forwarded via certified mail, return receipt requested on this 4th day of March, 2009 to:

*Via CM/RRR*
Susan Landgraf
WEISBERG & MEYERS, L.L.C.
4510 Bull Creek Road
Austin, Texas 78731

*[signature]*
Robbie Malone