IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

APR 21 2009

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

| | |
|---|---|
| KRISTIE HENDERSON, | § |
| Plaintiff, | § |
| VS. | §  NO. 4:09-CV-058-A |
| IC SYSTEM, INC., | § |
| Defendant. | § |

### FINAL JUDGMENT OF DISMISSAL

Pursuant to the joint stipulation of dismissal signed by plaintiff, Kristie Henderson, and defendant, IC System, Inc., filed April 17, 2009,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted in the above-captioned action by plaintiff against defendant, be, and are hereby, dismissed with prejudice.

SIGNED April 21, 2009.

_____
JOHN McBRYDE
United States District Judge